# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:11-cr-255-LDG-GWF |
| ) | |
| SERGIO RODRIGUEZ-SALGADO, ) | |
| ) | |
| Defendant. ) | **ORDER** |

On October 21, 2011, the court granted Monique Kirtley's "Motion to Withdraw as Counsel" (#18). Therefore;

IT IS HEREBY ORDERED that Todd Leventhal, Esq. is appointed as counsel for Sergio Rodriguez-Salgado in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Leventhal forthwith.

DATED this  26th  day of October 2011.

Nunc Pro Tunc: October 24, 2011.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE